United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 06-40173
Conference Calendar

---

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIA DE JESUS SAMUDIO-DE ALONSO,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:04-CR-342-ALL
---------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Maria de Jesus Samudio-de Alonso appeals her jury

convictions for importing into the United States, and possessing

with intent to distribute, cocaine.  She argues pursuant to

Apprendi v. New Jersey, 530 U.S. 466 (2000), that (1) a

defendant's knowledge of drug type and drug quantity are material

elements of the offense of conviction which must be proven beyond

a reasonable doubt to a jury and, therefore, the evidence was

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

insufficient to support her convictions and (2) 21 U.S.C. § 841 is facially unconstitutional.

She correctly concedes that these issues are foreclosed by United States v. Gamez-Gonzalez, 319 F.3d 695, 700 (5th Cir. 2003), and United States v. Slaughter, 238 F.3d 580, 582 (5th Cir. 2000), respectively, and she raises them only to preserve their further review by the Supreme Court. We are bound by our precedent absent an intervening Supreme Court decision or a subsequent en banc decision. See United States v. Short, 181 F.3d 620, 624 (5th Cir. 1999).

AFFIRMED.